

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00394-CV

Leopoldo **PAEZ** d/b/a The Colors Lath & Plaster,
Appellant

v.

**TRENT SMITH CUSTOM HOMES, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18787
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee Trent Smith Custom Homes, LLC recover its costs of this appeal from appellant Leopoldo Paez d/b/a The Colors Lath & Plaster.

SIGNED March 19, 2014.

_____
Marialyn Barnard, Justice